**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**Respondents' deadline is hereby EXTENDED to Sunday April 12, 2026. Respondents are DIRECTED to include the status of any charges against Petitioner in their Opposition brief. Respondents are further DIRECTED to indicate whether there is any basis to distinguish this case from this Court's decision in *Rueda Torres v. Francis*, 2025 WL 3168759, at *5 (S.D.N.Y. Nov. 13, 2025). If Respondents take the position that *Rueda Torres* controls, Respondents may file a letter conceding that point and indicating whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal—in lieu of an Opposition.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 7, 2026
New York, New York

**<u>By ECF</u>**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Rivera Guzman v. Arteta*, No. 26 Civ. 2808 (DEH)

Dear Judge Ho:

This Office represents the government in the above-referenced immigration habeas corpus action brought by Petitioner, Oscar Enrique Rivera Guzman, a noncitizen challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On April 6, 2026, the Court issued an order directing the government to file a letter responding to certain questions by 1:00 p.m. today. ECF No. 3. I write respectfully to provide that response.

a. **whether Petitioner was . . . located in the Southern District of New York at the time that the Petition was filed;**

   a. Yes, Petitioner was present in the Southern District of New York at the time the habeas petition was filed, and so venue is proper in this Court.

b. **Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;**

   b. Petitioner's A-number is A203-746-025. Petitioner is detained at the Orange County Jail in Goshen, New York. Counsel may reach Petitioner by calling (845) 291-7758 or (845) 291-7760. Requests for case information may be sent to NYCEROAttorneyInquiries@ice.dhs.gov and Deportation Officers may be contacted via NYCDetaineeInquiry@ice.dhs.gov or (212) 863-3401. The following website contains more information about contacting detainees at the Orange County Jail: https://www.ice.gov/detain/detention-facilities/orange-county-jail.

c. **the statutory provision(s) under which Respondents assert the authority to detain Petitioner . . . ;**

   c. Respondents assert that Petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and also subject to 8 U.S.C. § 1226(c)(1)(E).