**NYU | LAW**

**Andrew Larkin**
*Acting Assistant Professor*

**Lawyering Program**
245 Sullivan Street
Furman Hall, Room C-37
New York, NY 10012
andrew.larkin@law.nyu.edu
(651) 233-4968

April 13, 2026

The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: 26-cv-2808, Rivera Guzman v. Arteta et al., Motion for Continuance

Dear Judge Ho:

Petitioner moves to continue the conference in the above-captioned case until briefing on the petition is concluded. By order of April 7, 2026 (Dkt. No. 3), an order to show cause issued, scheduling a hearing on the above-captioned matter for April 14, 2026. Respondents subsequently sought and obtained leave to respond to Petitioner's petition for habeas corpus and filed their response today, on April 13, 2026. Petitioner is currently preparing a reply to that response for April 20, 2026, and considers that a hearing following the conclusion of briefing would be most appropriate. While extensions are ordinarily to be submitted more than two days in advance of the relevant deadline, Petitioner submits that the expedited nature of this case and related scheduling matters justify an extension on short notice.

Respondents have indicated that they consent to this request. Counsel for both parties are available for a hearing on Wednesday, April 22, Monday, April 27, or Wednesday, April 29, 2026.

Respectfully submitted,

Andrew Larkin

**Application GRANTED. The hearing is ADJOURNED *sine die*. The Court will schedule a hearing upon conclusion of briefing if necessary. The Clerk of Court is respectfully directed to terminate ECF No. 15.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 13, 2026
New York, New York