**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OSCAR ENRIQUE RIVERA GUZMAN,

                    Petitioner,                26 **CIVIL** 2808 (DEH)

      -against-                             **JUDGMENT**

PAUL ARTETA, ET AL.,

                    Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated April 16, 2026, Mr. Rivera Guzman's Petition is

GRANTED. Respondents are ORDERED to release Mr. Rivera Guzman from custody.

**DATED:**  New York, New York
          April 17, 2026

                                 **TAMMI M. HELLWIG**

                                   _____
                                     **Clerk of Court**

                    **BY:**

                                  _____
                                    **Deputy Clerk**